# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEBORAH BOYD, an individual, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 25-cv-00449-JAR |
| WAL-MART STORES EAST, L.P., | ) ) ) |
| Defendants. | ) |

## DEFENDANT'S DEMAND FOR JURY TRIAL

COMES NOW, the Defendant, Walmart Stores East, L.P. by and through its attorneys of record, Margaret M. Clarke and Hailey N. Huber of Latham, Keele, Lehman, Ratcliff, Carter & Clarke, and hereby demands a trial by jury as to all issues in this matter pursuant to Federal Rule of Civil Procedure 81(c)(3)(B)(ii).

Respectfully submitted,

LATHAM, KEELE, LEHMAN,
RATCLIFF, CARTER & CLARKE, P.C.

*s/Hailey N. Huber*
Margaret M. Clarke, OBA # 16952
Hailey N. Huber, OBA # 35416
1515 East 71st Street, Suite 200
Tulsa, OK 74136
(918) 970-2000 Telephone
(918) 970-2002 Facsimile
mclarke@law-lkl.com
hhuber@law-lkl.com
*Attorneys for Defendant*

CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2025 I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

    Alexander L. Miller
    *Attorneys for Plaintiff*

                                              *sHailey N. Huber*
                                              Hailey N. Huber